# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-60657
_____

In re Larry Lewis,

*Movant.*

A True Copy
Certified order issued Feb 08, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of December 19, 2022.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
      Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT